UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-03153 JAK (KSx) | Date | July 6, 2017 |
| Title | Jose A. Miranda v. SCME Mortgage Bankers, Inc., et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Anel Huerta | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Marcella Lucente | Katalina Baumann |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (DKT. 11)**

**PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT (DKT. 22)**

**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION AS TO DEFENDANTS SCME MORTGAGE BANKERS, INC., QUALITY LOAN SERVICE CORPORATION AND AZEC FORECLOSURE CORPORATION (DKT. 37)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Defendants' Motion to Dismiss Plaintiff's Complaint and deny Plaintiff's Motion to Remand Case to State Court (the "Motions"). Counsel address the Court. The Court takes the Motions **UNDER SUBMISSION** and a ruling will be issued.

The scheduling conference is held. The Court confers with counsel regarding the status of the case. The Court has reviewed the parties' June 30, 2017 Joint Report and sets the following deadlines:

| | |
|---|---|
| TBD: | Last day to amend or add parties |
| November 17, 2017: | Last day to participate in a settlement conference/mediation |
| November 27, 2017: | Last day to file notice of settlement / joint report re settlement |
| December 4, 2017 at 1:30 p.m.: | Post Mediation Status Conference |
| December 18, 2017: | Non-Expert Discovery Cut-Off |
| January 8, 2018: | Initial Expert Disclosures |
| January 22, 2018: | Rebuttal Expert Disclosures |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-03153 JAK (KSx) | Date | July 6, 2017 |
| Title | Jose A. Miranda v. SCME Mortgage Bankers, Inc., et al | | |

| | |
|---|---|
| February 5, 2018: | Expert Discovery Cut-Off |
| February 5, 2018: | Last day to file Motions *(including discovery motions)* |
| April 23, 2018 at 8:30 a.m. | Last day to hear Motions *(including discovery motions)* |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a member from a member from the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on December 4, 2017, if such notice is filed on or before November 27, 2017. If a notice of settlement is not filed, counsel shall file a joint report by November 27, 2017, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 9.

The hearing on the Order to Show Cause re lack of prosecution as to defendants SCME Mortgage Bankers, Inc., Quality Loan Service Corporation and Azec Foreclosure Corporation (Dkt. 37) is not held.

**IT IS SO ORDERED.**

| | : | 51 |
|---|---|---|
| Initials of Preparer | ah | |